**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Dennis Dean Foreman v. The State of Texas

Appellate case number:   01-10-01104-CR

Trial court case number: 1282564

Trial court:             232nd District Court of Harris County


It is ordered that appellant's "Motion for Rehearing Enbanc" is **denied**.


Judge's signature: /s/ Michael Massengale
                   Acting for the En Banc Court*

Date: April 19, 2013


*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.